UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 90-cr-00021-WYD

UNITED STATES OF AMERICA,

　　Plaintiff,

v.

1. JERRY LESTER LOLLEY,

　　Defendant.
_____

**ORDER**
_____

　　THIS MATTER came before the Court on a supervised release violation hearing on Friday, January 12, 2007. It was disclosed to the Court at the hearing that the Bureau of Prisons has not collected a DNA sample from Defendant as mandated by 42 U.S.C. § 14135a. The sample has not been collected even though Defendant has served his supervised release term. Accordingly, it is

　　ORDERED that the Bureau of Prisons **SHALL** collect a sample of Defendant's DNA in conformity with 42 U.S.C. § 14135a by **NO LATER** than **Thursday, January 18, 2007, at 9:00 a.m.** It is

　　FURTHER ORDERED that the supervised release violation hearing is continued to **Thursday, January 18, 2007, at 9:00 a.m.**

Dated:  January 12, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge